IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3 | § § § § § § | |
| Plaintiff, | § § | Civil Action No. 5:17-cv-456 |
| v. | § § | |
| ADAM DAVID LYND, ANGELA K. LYND, DOMINION HOMEOWNER'S ASSOCIATION, and MARIO A. BERNAL, | § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PARTIES/CORPORATE DISCLOSURE STATEMENT**

**COMES NOW,** Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificates, Series 2005-OPT3, Plaintiff, and files this Certificate of Interested Persons/Corporate Disclosure Statement and states:

**I.
INTERESTED PARTIES**

The following is a complete list of all persons, associations of persons and entities that are financially interested in the outcome of the case, to Plaintiff's knowledge:

1. Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificates, Series 2005-OPT3
   Plaintiff
   c/o Mark D. Cronenwett
   Mackie Wolf Zientz & Mann, P. C.
   14160 North Dallas Parkway, Suite 900
   Dallas, TX 75254
   Telephone: (214) 635-2650
   Facsimile: (214) 635-2686

2. Angela K. Lynd
   Defendant
   215 Annie St. Unit A
   San Antonio, TX 78212-2872

3. Adam David Lynd
   Defendant
   215 Annie St. Unit A
   San Antonio, TX 78212-2872

4. Dominion Homeowner's Association
   Defendant
   20 Dominion Drive
   San Antonio TX 78257

5. Mario A. Bernal
   Defendant
   326 W. Grayson St.
   San Antonio, Texas 78212-4120

Respectfully submitted,

By:  /s/ Mark D. Cronenwett
**MARK D. CRONENWETT**
Attorney in Charge
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**PHILIP W. DANAHER**
Texas Bar No. 24078395
pdanaher@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650
(214) 635-2686 (Fax)

*Attorneys for Plaintiff*