AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Deutsche BankNational Trust Company, as Trustee )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 5:17-cv-456 **DAE**
Adam David Lynd, Angela K. Lynd, Dominion )
Homeowner's Association and Mario A. Bernal )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Adam David Lynd
215 Annie St., Unit A
San Antonio, TX 78212-2872

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark D. Cronenwett
Mackie Wolf Zientz and Mann, P.C.
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  MAY 19 2017

JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-456

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Adam David Lynd

was received by me on *(date)* 5/30/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Angela K. Lynd, spouse of Adam David Lynd , a person of suitable age and discretion who resides there,
on *(date)* 6/1/2017 at 7:50 PM , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 2, 2017

*Server's signature*

Thomas A. Saucedo, I - SCH 3797 Ex. 5/31/2020
*Printed name and title*

218 N. Las Moras St.
San Antonio, TX 78207
*Server's address*

Additional information regarding attempted service, etc:
A copy was mailed to Adam David Lynd, 215 Annie St., Unit A, San Antonio, TX 78212-2872 on 6/2/2017.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 5:17-CV-456

Plaintiff:
**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3**

vs.

Defendant:
**ADAM DAVID LYND, ANGELA K. LYND, DOMINION HOMEOWNER'S ASSOCIATION, and MARIO A. BERNAL**

Received by Thomas A. Saucedo I on the 30th day of May, 2017 at 3:51 pm to be served on **Adam David Lynd, 215 Annie St., Unit A, San Antonio, Bexar County, TX 78212-2872**.

I, Thomas A. Saucedo I, being duly sworn, depose and say that on the **1st day of June, 2017** at **7:50 pm**, I:

**DELIVERED** a true copy of the **Summons in a Civil Action, Plaintiff's Original Complaint, Civil Cover Sheet and Plaintiff's Certificate of Interested Parties / Corporate Disclosure Statement** with the date and hour of service endorsed thereon by me, to: **Angela K. Lynd** as **Wife** at the address of: **215 Annie St., Unit A, San Antonio, Bexar County, TX 78212-2872**, the within named person's usual place of **Abode**, who resides therein and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/2/2017  A copy of the documents was mailed to Adam David Lynd, 215 Annie St., Unit A, San Antonio, TX 78212-2872.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 160, Hair: Blonde, Glasses: N

I am a private process server authorized by the Supreme Court of Texas. I am over the age of eighteen (18) and not a party to nor interested in the outcome of the suit referenced above.  I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

State of Texas, County of Bexar

Subscribed and Sworn to before me on the 2nd day of June, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC


JESSICA D JESTER
Notary Public, State of Texas
Comm. Expires 06-23-2018
Notary ID 12573808-6

_____
Thomas A. Saucedo I
SCH 3797 Ex. 5/31/2020

Special Delivery
5470 L B J Freeway
Dallas, TX 75240
(214) 866-3200

Our Job Serial Number: WDL-2017000567
Ref: 1500457

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

