IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DEUTSCHE BANK NATIONAL § 
TRUST COMPANY, AS TRUSTEE §
FOR SOUNDVIEW HOME LOAN §
TRUST 2005-OPT3, ASSET-BACKED §
CERTIFICATES, SERIES 2005-OPT3, §
§
    Plaintiff, §
§ Civil Action No. 5:17-cv-456-DAE
v. §
§
ADAM DAVID LYND, ANGELA K. §
LYND, DOMINION HOMEOWNER'S §
ASSOCIATION, and MARIO A. §
BERNAL, §
§
    Defendants. §

FILED JUL 26 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## CLERK'S ENTRY OF DEFAULT AS TO DEFENDANTS
## ADAM DAVID LYND, ANGELA K. LYND and MARIO A. BERNAL

On this 26th day of July, 2017, it appears from the Request for Entry of Default and declarations in support of default against Defendants Adam David Lynd, Angela K. Lynd and Mario A. Bernal that the defendants named below have failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure.

Now, therefore, DEFAULT of the following named Defendants is hereby entered on the claims against them filed by Plaintiff Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificates, Series 2005-OPT3.

    Adam David Lynd
    Angela K. Lynd
    Mario A. Bernal.

                                       Wayne Garcia, U.S. Deputy Clerk
                                       **CLERK OF THE COURT**