IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3, <br><br>Plaintiff, <br><br>v. <br><br>ADAM DAVID LYND, ANGELA K. LYND, DOMINION HOMEOWNER'S ASSOCIATION, and MARIO A. BERNAL, <br><br>Defendants. | § § § § § § § § § § § § § § § § § Civil Action No. 5:17-cv-456-DAE |

AGREED PARTIAL JUDGMENT AS TO
DOMINION HOMEOWNER'S ASSOCIATION

On this date came on to be considered the *Motion for Entry of Agreed Partial Judgment as to Defendant Dominion Homeowner's Association* ("Motion") of Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificates, Series 2005-OPT3, its successors or assigns ("Plaintiff"). The Court finds that the Motion has merit and should be granted in its entirety.

Therefore, it is **ORDERED, ADJUDGED, AND DECREED** that, at the time of the March 7, 2017 foreclosure sale to satisfy Defendant Dominion Homeowner's Association's lien on that certain real property commonly known as 25 Stratton Lane, San Antonio, Texas 78257 and more particularly described as,

> BEING LOT 117, BLOCK 16, NEW CITY BLOCK 34034B, DOMINION COTTAGE ESTATES SUBDIVISION UNIT 4, P.U.D., AN ADDITION IN THE CITY OF SAN ANTONIO , BEXAR COUNTY, TEXAS, ACCORDING TO PLAT THEROF RECORDED IN VOLUME 9519, PAGE(S) 89-9, DEED

AND PLAT RECORDS OF BEXAR COUNTY, TEXAS

(the "Property"), Defendant Dominion Homeowner's Association's lien was subordinate to Plaintiff's lien. Plaintiff's lien is reflected in that certain Deed of Trust dated August 10, 2005, which originally identified Option One Mortgage Corporation as its beneficiary and was recorded in the Bexar County Real Property Records on August 18, 2005 as Instrument No. 20050189675. A true and correct copy of the Deed of Trust is attached hereto as Exhibit A. It is further,

**ORDERED, ADJUDGED, AND DECREED** that this is a judgment providing declaratory relief and is not a personal judgment for money damages or any other financial relief against Dominion Homeowner's Association. It is further,

**ORDERED, ADJUDGED, AND DECREED** that all costs and attorneys fees incurred with respect to Plaintiff's claims against Defendant Dominion Homeowner's Association are taxed against the party incurring same.

SIGNED this __28__ day of __July__, 2017.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE

Agreed as to form and substance:
...

**Agreed as to form and substance:**

By: */s/ Mark D. Cronenwett*
  **MARK D. CRONENWETT**
  Texas Bar No. 00787303

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
214-635-2650
214-635-2686 (Fax)
*Attorneys for Plaintiff*

and

By: */s/ Alex S. Valdex by Mark D. Cronenwett with permission*
  **ALEX S. VALDES**
  Texas Bar No. 24037626

Alex S. Valdes
Winstead PC
401 Congress Ave., Ste. 2100
Austin, Texas 78701
512-370-2842
512-370-2850 (Fax)
*Attorneys for Defendant Dominion Homeowner's Association*