UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificate, Series 2005-OPT3, § § § § § | | |
| Plaintiff, § | | |
| v. § | | SA-17-CA-456-DAE |
| ADAM DAVID LYND, ANGELA K. LYND, and MARIO A. BERNAL, § § § | | |
| Defendants. § | | |

## ORDER SETTING HEARING

The matter before the Court is Plaintiff's Motion for Entry of Default Judgment as to [*pro se*] Defendants Adam David Lynd, Angela K. Lynd, and Mario A. Bernal (Docket Entry 12). This motion was referred on July 27, 2017, by the Honorable David A. Ezra to the undersigned for disposition.

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 12) is set for a hearing on **October 24, 2017**, at **1:30 P.M.** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César E. Chávez Boulevard, San Antonio, Texas, 78206.

**SIGNED** on September 8, 2017.

_____
Henry J. Bemporad
United States Magistrate Judge