UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | SA-17-CV-456-DAE |
| ADAM DAVID LYND, ANGELA K. LYND, DOMINION HOMEOWNER'S ASSOCIATION, and MARIO A. BERNAL, | | |
| Defendants. | | |

**ORDER**

Before the Court is Plaintiff's Motion for Entry of Default Judgment as to Defendants Adam David Lynd, Angela K. Lynd, and Mario A. Bernal. (Docket Entry 12.) The District Court referred this motion to the undersigned for consideration pursuant to 28 U.S.C. § 636(b).

A hearing was held on the motion on October 24, 2017. Defendants Adam David Lynd, Angela K. Lynd, and Mario A. Bernal did not appear at the hearing. With regard to Defendants Adam and Angela Lynd, Plaintiff requested that the Court take judicial notice of the Agreed Order and Final Judgment entered in the case of *Lynd v. Deutsche Bank Nat'l Trust Co.*, SA-16-CA-326-OLG (W.D. Tex. Nov. 29, 2016.) Additionally, all the documents submitted as attachments to the motion were admitted as evidence at the hearing. (*See* Docket Entry 12-1.) Based on these documents, the matters deemed admitted in the complaint, and the matters adjudged by the Judgment in *Lynd v. Deutsche Bank Nat'l Trust Co.*, SA-16-CA-326-OLG, it appears that it is appropriate for the Court to enter default judgment in this case against Defendants Adam Lynd, Angela Lynd, and Mario Bernal. *See* FED. R. CIV. P. 55(b).

Plaintiff has submitted a proposed final default judgment for the Court's consideration. (*See* Docket Entry 12-2.) In two respects, this default judgment provides less than the full relief requested in Plaintiff's Original Complaint. (*See* Docket Entry 1.) At the hearing, however, Plaintiff waived its claim for any additional relief as to these two issues.[1] Accordingly, it appears appropriate for the Court to enter final default judgment on the terms proposed by Plaintiff.

For the foregoing reasons, this case is **RETURNED** to the District Court for entry of default judgment.

It is so **ORDERED**.

**SIGNED** on October 25, 2017.

Henry J. Bemporad
United States Magistrate Judge

---

[1] In the Original Complaint, Plaintiff asks that the Court declare that Defendant Bernal has no interest in the subject property in this case. (Docket Entry 1, at 6.) Plaintiff also asks for attorney's fees. (*Id.* at 7.) At the hearing, Plaintiff's counsel conceded that Bernal would have an interest, but that Plaintiff's lien against the property should be declared superior, and that it should be entitled to foreclose. Plaintiff further waived any claim for attorney's fees.